UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL S.P.A.,

                    Plaintiff,

-against-

AAABAG01 *et al.*,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/13/2024__
```

24 Civ. 6165 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On September 11, 2024, Plaintiff informed the Court that all remaining defendants have been served in this matter. Accordingly, this case shall be UNSEALED. The Clerk of Court is respectfully directed to place all filings and orders on the docket.

    SO ORDERED.

Dated: September 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge