```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/28/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL S.P.A.,

                Plaintiff,

-against-

AAABAG01 *et al.*,

                Defendants.

**FILED UNDER SEAL**

24 Civ. 6165 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On August 21, 2024, the Court issued, under seal, a temporary restraining order ("TRO"), an order to show cause why a preliminary injunction should not issue, an asset restraining order, an order authorizing alternative service, and an order authorizing expedited discovery. August 21 Order. As part of the order to show cause, the Court ordered that (1) Defendants appear at a hearing on September 4, 2024, to show cause why a preliminary injunction should not issue, (2) Plaintiff file a further submission with additional information by August 27, 2024, (3) Defendants file any opposing papers by August 29, 2024, and (4) Plaintiff file any reply by August 30, 2024. *Id.* at 9–10.

On August 27, 2024, Plaintiff informed the Court that it received the email addresses necessary for alternative service two days prior and that it had therefore not yet served Defendants. Suppl. Submission at 2 (on file with Court). Plaintiff also stated that it had not yet received information from DHgate as to the volume of Defendants' total sales. *Id.* at 3.

A TRO may be extended beyond fourteen days "for good cause" for "a like period [of time]." Fed. R. Civ. P. 65(b)(2). Accordingly,

1. The TRO, which was scheduled to expire on September 4, 2024, shall expire on **September 18, 2024**.

2. The hearing scheduled for September 4, 2024, is adjourned to **September 16, 2024**, at **4:00 p.m.** Defendants shall appear before the Court then and show cause why a preliminary injunction, pursuant to Fed. R. Civ. P. 65(a), should not issue. The parties may join the video conference by dialing +1 (646) 453-4442 and using access code 687449770#. Plaintiff shall also join the conference via video.

3. By **September 6, 2024**, Plaintiff shall serve Defendants with this order and the August 21 Order and file a further submission updating the Court on the status of service and Plaintiff's request to DHgate.

4. By **September 11, 2024**, Defendants shall file their opposition(s) electronically with the Court and serve the papers on Plaintiff's counsel by delivering copies thereof to the office of Epstein Drangel LLP at 60 East 42nd Street, Suite 1250, New York, NY 10165, Attn: Jason M. Drangel.

5. By **September 13, 2024**, Plaintiff shall file any reply and file proof of service on the docket.

6. Plaintiff's complaint and exhibits attached thereto, and Plaintiff's *ex parte* application and the declarations of Stefano Iesurum and Gabriela N. Nastasi in support thereof and exhibits attached thereto, and Plaintiff's *ex parte* supplemental submission and the declaration of Gabriela N. Nastasi in support thereof, and the August 21 Order and this Order shall remain sealed until **September 18, 2024**, or further order of the Court.

SO ORDERED.

Dated: August 28, 2024
   New York, New York

_____
ANALISA TORRES
United States District Judge