UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL S.P.A.,

              Plaintiff,

    -against-

AAABAG01 *et al.*,

             Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2024__
```

24 Civ. 6165 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 17, 2024, Plaintiff filed a certificate of service indicating that Defendants were served with the summons and complaint on August 28, 2024. ECF No. 22. Defendants' answers were therefore due on September 18, 2024. Defendants have not responded to the complaint.

    Accordingly, by **December 19, 2024**, Plaintiff shall file a status update as to its intentions regarding this matter, including whether it intends to seek a default judgment.

    SO ORDERED.

Dated: December 2, 2024
       New York, New York

ANALISA TORRES
United States District Judge